**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division**



METROPOLITAN LIFE INSURANCE CO.,

    Plaintiff,

v.                                                  Civil Action No. 3:08cv114

TONYA GARY-FALTZ, *et al.*,

    Defendants.

## ORDER

The Clerk is DIRECTED to file the attached as exhibits to Haynesworth's Motion to Compel Gary-Faltz to Appear at Depositions (Docket No. 22).

Let the Clerk send a copy of this ORDER to Ms. Gary-Faltz and counsel of record.

It is so ORDERED.

                                                                  /s/
                                                       M. Hannah Lauck
                                            United States Magistrate Judge

Richmond, Virginia
Date: <u>August 25, 2008</u>